IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Crater, Carl R | Case Number: 04 B 43315 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 11/22/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 6, 2008
Confirmed: February 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 17,370.00 | |
| Secured: | | 9,570.21 |
| Unsecured: | | 4,648.04 |
| Priority: | | 0.00 |
| Administrative: | | 1,999.00 |
| Trustee Fee: | | 882.75 |
| Other Funds: | | 270.00 |
| Totals: | 17,370.00 | 17,370.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 1,999.00 | 1,999.00 |
| 2. | Fairlane Credit L.L.C. | Secured | 9,570.21 | 9,570.21 |
| 3. | Surety Finance | Unsecured | 35.46 | 91.90 |
| 4. | Portfolio Acquisitions | Unsecured | 58.13 | 150.65 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 531.45 | 1,377.24 |
| 6. | Fairlane Credit L.L.C. | Unsecured | 1,034.69 | 2,681.37 |
| 7. | Americash Loans, LLC | Unsecured | 133.85 | 346.88 |
| 8. | Illinois Dept Of Human Services | Priority | | No Claim Filed |
| 9. | Schottler & Zukosky | Priority | | No Claim Filed |
| 10. | Baker Miller Markoff & Krasny LLC | Unsecured | | No Claim Filed |
| 11. | Dr Gregory Rosenstein | Unsecured | | No Claim Filed |
| 12. | Emergency Room Care Providers | Unsecured | | No Claim Filed |
| 13. | Holy Cross Hospital | Unsecured | | No Claim Filed |
| 14. | University of Chicago | Unsecured | | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | Illinois Dept Of Human Services | Unsecured | | No Claim Filed |
| 18. | Marquette Radiology Associates | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 21. | Dr Vilas Khandeparker | Unsecured | | No Claim Filed |
| 22. | Noel G Alcantata MD | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,362.79 | $ 16,217.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Crater, Carl R | Case Number: 04 B 43315 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 11/22/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 97.26 |
| 4% | 45.91 |
| 3% | 40.15 |
| 5.5% | 199.87 |
| 5% | 66.94 |
| 4.8% | 119.34 |
| 5.4% | 313.28 |
|  | _____ |
|  | $ 882.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

